✔ JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARIA FRITSCH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  5:23-cv-00388-JPR<br><br>[~~PROPOSED~~] **JUDGMENT** |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: September 6, 2023

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE