LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| MARIA FRITSCH,<br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No: 5:23-cv-00388 JPR<br><br>ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED AND FIFTEEN DOLLARS AND 15/100 ($4,615.15), and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/6/2023              _/s/ Jean Rosenbluth_____

                                     HON. JEAN P. ROSENBLUTH
                                     UNITED STATES MAGISTRATE JUDGE